DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVAN DOMNIN,**
Appellant,

v.

**OKSANA FEDOROVNA DOMNINA,**
Appellee.

No. 4D2023-0376

[October 30, 2024]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE21015969.

Jordan B. Abramowitz of Abramowitz and Associates, Coral Gables, for appellant.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellee.

PER CURIAM.

We reverse the temporary relief order on appeal because the trial court's termination of the hearing, at which only the wife's evidence in support of her requests for temporary alimony, attorney's fees, and suit costs was heard, without allowing the husband an opportunity to present his case-in-chief, resulted in a denial of the husband's due process rights. *See, e.g.*, *Julia v. Julia*, 146 So. 3d 516, 520 (Fla. 4th DCA 2014) (reversing final divorce judgment because trial court violated wife's due process rights by not giving her an opportunity to present her case-in-chief before ruling on the merits of the issues presented). On remand, the trial court is directed to conduct a de novo hearing on the wife's temporary relief requests that were resolved by the predecessor judge in the order on review. The scope of the hearing on remand need not address the issue of temporary timesharing of the parties' minor children as that issue was resolved by agreement of the parties during the temporary relief hearing.

*Reversed and remanded with instructions.*

WARNER, GERBER and ARTAU, JJ., concur.

*          *          *

*Not final until disposition of timely filed motion for rehearing.*